**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHEVYAKOV VITALY,

Petitioner,

v.

MARKWAYNE MULLIN, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-06118-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondent shall immediately release Petitioner Shevyakov Vitaly (A# 070-319-215) ("Petitioner") from custody (subject only to conditions that were in place prior to his July 19, 2026 detention, if any) and return any confiscated property and documents to Petitioner upon release. Respondent shall file a notice of compliance **within three days**.

\\

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 27, 2026

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE